No. 92–1937. MEDRANO *v.* EXCEL CORP. C. A. 5th Cir. Certiorari denied.

No. 92–1939. REYTBLATT *v.* NUCLEAR REGULATORY COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 92–1940. MONTELEONE ET AL. *v.* MUNICIPAL COURT OF CALIFORNIA, NORTHERN SOLANO COUNTY JUDICIAL DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1942. AMOCO PRODUCTION CO. *v.* VESTA INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 92–1943. GORDON *v.* LYONS. Ct. App. Okla. Certiorari denied.

No. 92–1944. FACCHIANO CONSTRUCTION CO., INC., ET AL. *v.* UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1946. WARD PETROLEUM CORP. ET AL. *v.* OKLAHOMA CORPORATION COMMISSION ET AL. Ct. App. Okla. Certiorari denied.

No. 92–1948. WALKER, TRUSTEE, MINRO OIL, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1950. PROYECT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1951. JENNER *v.* SMITH, SUPERINTENDENT, SPRINGFIELD CORRECTIONAL FACILITY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1952. READ *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–1953. RAYMOND ET AL. *v.* MOBIL OIL CORP. C. A. 10th Cir. Certiorari denied.

No. 92–1954. MASSACHUSETTS DEPARTMENT OF PUBLIC WELFARE *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.